**Marye C. NORMAN, Respondent,**

v.

**Clyde Clarence NORMAN, Appellant.**

**No. WD 36324.**

Missouri Court of Appeals,
Western District.

Oct. 1, 1985.

Gene P. Graham, Independence, for appellant.

Robert C. Paden, John W. Dennis, Jr., Paden, Welch, Martin, Albano & Graeff, Independence, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

ORDER

PER CURIAM.

This appeal is from an order refusing to enforce a Postnuptial Agreement and from the order of distribution of the marital property.

Affirmed. Rule 84.16(b).

**James Steven McCHAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36390.**

Missouri Court of Appeals,
Western District.

Oct. 1, 1985.

Michael Radosevich, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and DIXON and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).